# Exhibit 3

| US10705694B2 | Animoto ("Accused Product") |
|---|---|
| 1. A computer-implemented method for interactive delivery, by a processor of a pre stored electronic presentation of a predetermined duration, to user computers associated with a plurality of users, the user computers each including an information display, the user computers coupled to the processor by a computer network, the method comprising the steps of: | The accused product discloses a computer-implemented method for interactive delivery, by a processor (e.g., processor of the computer) of a pre stored electronic presentation (e.g., uploaded projects) of a predetermined duration, to user computers associated with a plurality of users (e.g., computer devices of admin or producers), the user computers each including an information display, the user computers coupled to the processor by a computer network.<br><br>As shown below, the accused product discloses that the uploaded projects (e.g., pre stored electronic presentation) can be watched by admin or producers (e.g., plurality of users) synchronously on their respective devices.<br><br><br><br>https://animoto.com/tools |

| | |
| --- | --- |
| | <br>https://animoto.com/online-video-editor/video-collaboration |




https://animoto.com/online-video-editor/video-collaboration




https://animoto.com/online-video-editor/video-collaboration

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=RE1A62fk_AY |

<table>
<tr>
<td></td>
<td>


https://animoto.com/resources/tutorials/video-collaboration
</td>
</tr>
</table>

| | |
|---|---|
| | **Admins and Producers: What's the difference?**<br><br>First things first, we need to understand the different roles users can take on with your plan. There are two roles: Admins and Producers.<br><br>**Admins** have the most control. Your Admin will be the person who originally purchased your plan. However, the original Admin can choose to assign the Admin role to anyone else on their team as well. In addition to video creation, Admins have exclusive capabilities including:<br>• Managing billing<br>• Adding new members<br>• Managing user roles<br>• Creating Saved Brands and Templates<br><br>**Producers** on the other hand can create, review, and share videos, and use Saved Brands and Templates.<br><br>https://animoto.com/blog/video-tips/how-to-manage-your-team-in-animoto |
| receiving a playback request, at the processor, from a first user computer, to play the electronic presentation at the | The accused product discloses receiving a playback request (e.g., move to team), at the processor (e.g., processor of the computer), from a first user computer (e.g., first user computer or admin initiating sharing of projects), to play the electronic presentation (e.g., projects) at the information display of the first user computer (e.g., first user computer or admin initiating sharing of project). |

| | |
|---|---|
| information display of the first user computer; | As shown below, the accused product discloses a source such as video, audio, presentation or image files can be selected and loaded in a team workspace by the admin (e.g., first user).<br><br>https://animoto.com/online-video-editor/video-collaboration |

| | |
|---|---|
| | **Admins and Producers: What's the difference?**<br><br>First things first, we need to understand the different roles users can take on with your plan. There are two roles: Admins and Producers.<br><br>**Admins** have the most control. Your Admin will be the person who originally purchased your plan. However, the original Admin can choose to assign the Admin role to anyone else on their team as well. In addition to video creation, Admins have exclusive capabilities including:<br><br>• Managing billing<br>• Adding new members<br>• Managing user roles<br>• Creating Saved Brands and Templates<br><br>**Producers** on the other hand can create, review, and share videos, and use Saved Brands and Templates.<br><br>https://animoto.com/blog/video-tips/how-to-manage-your-team-in-animoto |




https://animoto.com/resources/tutorials/video-collaboration

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=RE1A62fk_AY |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=RE1A62fk_AY |
| at a selected point in time during the predetermined duration of the playback of the electronic presentation, receiving a collaboration request, | The accused product discloses at a selected point in time during the predetermined duration of the playback of the electronic presentation (e.g., projects), receiving a collaboration request (e.g., invite email), at the processor, from the first user computer (e.g., first user computer or admin initiating sharing of project), to enter a collaboration mode (e.g., team workspace) with a second user computer (e.g., computer device of the producer), the second user computer (e.g., computer device of the producer) displaying content other than information associated with the selected point in time of the playback |

| | |
|---|---|
| at the processor, from the first user computer, to enter a collaboration mode with a second user computer, the second user computer displaying content other than information associated with the selected point in time of the playback of the electronic presentation and the collaboration mode comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation as displayed on the information display of the first user computer on an information display of the second user computer; and | of the electronic presentation (e.g., projects) and the collaboration mode (e.g., team workspace) comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation (e.g., projects) as displayed on the information display of the first user computer (e.g., first user computer or admin initiating sharing of projects) on an information display of the second user computer (e.g., computer device of the producer).<br><br>As shown below, the accused product discloses that after accepting the invite shared via email (e.g., collaboration request) producers (e.g., second user) can watch the projects moved to team (e.g., playback of the electronic presentation) synchronously in real-time wherein each frame is seen by everyone at the same time.<br><br><br><br>https://animoto.com/online-video-editor/video-collaboration |

| | |
|---|---|
| |  https://www.youtube.com/watch?v=RE1A62fk_AY |

| | |
|---|---|
| |   https://www.youtube.com/watch?v=RE1A62fk_AY |




https://www.youtube.com/watch?v=RE1A62fk_AY

| | |
|---|---|
| | **How to add people to your team**<br><br>1. Navigate to your Projects page<br>2. Click on the "Invite" button, next to your Team Member icons. If you already filled all of your user seats, the button will prompt you to "Purchase seats."<br>3. Type in the email address of the person you'd like to invite and select their role from the dropdown. They will receive an email inviting them to your team and will be prompted to create an Animoto account if they do not already have one.<br><br>https://animoto.com/blog/video-tips/how-to-manage-your-team-in-animoto |

| | |
|---|---|
| | **Admins and Producers: What's the difference?**<br><br>First things first, we need to understand the different roles users can take on with your plan. There are two roles: Admins and Producers.<br><br>**Admins** have the most control. Your Admin will be the person who originally purchased your plan. However, the original Admin can choose to assign the Admin role to anyone else on their team as well. In addition to video creation, Admins have exclusive capabilities including:<br><br>• Managing billing<br>• Adding new members<br>• Managing user roles<br>• Creating Saved Brands and Templates<br><br>**Producers** on the other hand can create, review, and share videos, and use Saved Brands and Templates.<br><br>https://animoto.com/blog/video-tips/how-to-manage-your-team-in-animoto |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=RE1A62fk_AY |
| in response to an end collaboration request, at the processor, from the first user computer to end the collaboration with the second user computer, terminating the collaboration mode, said terminating including terminating the synchronously displaying of the electronic presentation. | The accused product discloses that in response to an end collaboration request (e.g., change/remove user roles), at the processor, from the first user (e.g., first user computer or admin initiating sharing of projects) computer to end the collaboration with the second user computer (e.g., computer device of the producer), terminating the collaboration mode, said terminating including terminating the synchronously displaying (e.g., synchronous review) of the electronic presentation (e.g., projects).<br><br>As shown below, the accused product discloses that after changing or removing user roles (e.g., end collaboration request) the admin (e.g., first user) can end the shared access to the team workspace for all member of the team which are members or producers (e.g., second user). |

SHARE

## Admins and Producers: What's the difference?

First things first, we need to understand the different roles users can take on with your plan. There are two roles: Admins and Producers.

**Admins** have the most control. Your Admin will be the person who originally purchased your plan. However, the original Admin can choose to assign the Admin role to anyone else on their team as well. In addition to video creation, Admins have exclusive capabilities including:

- Managing billing
- Adding new members
- Managing user roles
- Creating Saved Brands and Templates

**Producers** on the other hand can create, review, and share videos, and use Saved Brands and Templates.

You can always check what role you have by going to your Team Settings.

https://animoto.com/blog/video-tips/how-to-manage-your-team-in-animoto

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=RE1A62fk_AY |

| | |
|---|---|
| |   https://www.youtube.com/watch?v=RE1A62fk_AY |

| | |
|---|---|
| | Animoto<br>Create Features Learn Templates Business Pricing<br>SHARE<br>**How to change and remove user roles**<br>1. Navigate to your Account Settings page and click on the Team Settings tab. Here, you'll see all of your accepted and pending users and their assigned roles.<br>2. Click on the drop-down menu beside each name to change their role.<br>3. To remove them from your team, click on the three dots on the far right, then click "Remove access."<br>https://animoto.com/blog/video-tips/how-to-manage-your-team-in-animoto |