# Exhibit 4

<table>
<tr><th>US12572265B2</th><th>Animoto (“Accused Product”)</th></tr>
<tr><td>11. A computer-implemented method for synchronous delivery of a media file to multiple user computers, the method comprising the steps of:</td><td>The accused product discloses a computer-implemented method for synchronous delivery of a media file (e.g., project) to multiple user computers.<br><br>As shown below, the accused product discloses that the projects (e.g. media file) can be delivered synchronously to multiple user computers (e.g. computer devices of admin and producers) that are participating in a team workspace.<br><br>

<br>https://animoto.com/tools</td></tr>
</table>

| | |
|---|---|
| | <br>Animoto<br>Create Features Learn Templates Business Pricing<br>1<br>**Transfer your videos**<br>If you already have projects that you'd like to share with your team, start by transferring them to your Team Workspace. Just go to your Individual Workspace, select the projects you'd like to share, and click "Move to Team." Once a project is transferred, you cannot transfer it back to your Individual Workspace.<br>https://animoto.com/resources/tutorials/video-collaboration |

| | |
|---|---|
| |  https://www.youtube.com/watch?v=RE1A62fk_AY |




https://animoto.com/online-video-editor/video-collaboration




https://animoto.com/online-video-editor/video-collaboration

| | |
|---|---|
| | <br><br>https://animoto.com/resources/tutorials/video-collaboration<br><br><br>https://www.youtube.com/watch?v=RE1A62fk_AY |
| displaying content | The accused product discloses displaying content other than the media file (e.g., |

| | |
|---|---|
| other than the media file on a first information display of a first user computer; | projects) on an information display of a first user computer (e.g., first user computer or admin initiating sharing of projects).<br><br>As shown below, the accused product discloses that the first user (e.g. admin) can be displaying an invite member page or any other content different from the media file which is to be presented. The invite member page is not the project (e.g. media file) to be synchronously delivered to the multiple user computers (e.g. computers of the admin and producers).<br><br><br><br>https://www.youtube.com/watch?v=RE1A62fk_AY |

| | |
|---|---|
| |  https://www.youtube.com/watch?v=RE1A62fk_AY  https://www.youtube.com/watch?v=RE1A62fk_AY |
| receiving, at the first | The accused product discloses receiving, at the first user computer (e.g., first user |

| | |
|---|---|
| user computer and from a second user computer, a request to join a synchronous session including the second user computer, wherein the second user computer is separate from the first user computer; | computer or admin initiating sharing of projects) and from a second user computer (e.g., computer device of producer), a request to join (e.g., clicking on the invite link) a synchronous session including the second user computer (e.g., computer device of the producer), wherein the second user computer (e.g., computer device of the producer) is separate from the first user computer (e.g., first user computer or admin initiating sharing of projects).<br><br>As shown below, the accused product discloses that the producer (e.g. second user) can join a synchronous session (e.g. shared displaying of an uploaded media file) via participation in a team workspace from the second user's (e.g., producer's) computer, which is separate from the admin's computer (e.g., first user computer) when the admin (e.g., first user) sends and invitation request to the producer (e.g., second user).<br><br>**How to add people to your team**<br><br>1. Navigate to your Projects page<br>2. Click on the "Invite" button, next to your Team Member icons. If you already filled all of your user seats, the button will prompt you to "Purchase seats."<br>3. Type in the email address of the person you'd like to invite and select their role from the dropdown. They will receive an email inviting them to your team and will be prompted to create an Animoto account if they do not already have one.<br><br>https://animoto.com/blog/video-tips/how-to-manage-your-team-in-animoto |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=RE1A62fk_AY |
| receiving, at a user interface of the first user computer, an indication of acceptance of the request to join the synchronous session; | The accused product discloses receiving, at a user interface of the first user computer (e.g., first user computer or admin initiating sharing of projects), an indication of acceptance of the request to join the synchronous session.<br><br>As shown below, the accused product discloses after the admin (e.g., first user) has accepted the request of the producer (e.g. second user) to be admitted into the team workspace so as to join the synchronous session of the shared displaying of an uploaded project (e.g., media file), the producer's (e.g., second user's) user id (e.g. email id) is added to the list of members of the team workspace that is displayed on the user interface of the admin (e.g., first user) computer.<br><br> |

| | |
|---|---|
| | https://www.youtube.com/watch?v=RE1A62fk_AY |
| in response to receiving the indication of acceptance, entering, by the first user computer, the synchronous session, the synchronous session comprising synchronously displaying at least a portion of the media file at the first information display and a second information display of the second user computer; | The accused product discloses that in response to receiving the indication of acceptance, entering, by the first user computer (e.g., first user computer or admin initiating sharing of projects), the synchronous session, the synchronous session comprising synchronously displaying at least a portion of the media file (e.g., project) at the first information display and a second information display of the second user computer (e.g., computer device of the producer).<br><br>As shown below, the accused product discloses that the producer's (e.g., second user's) user id (e.g. email id) is added to the list of members of the team workspace when the admin (e.g., first user) enters the synchronous session by starting shared playback of the uploaded project (e.g., media file) which is simultaneously displayed on information displays of the admin computer (e.g., first user computer) and producer computer (e.g., second user computer). |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=RE1A62fk_AY |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=RE1A62fk_AY |




https://www.youtube.com/watch?v=RE1A62fk_AY




https://www.youtube.com/watch?v=RE1A62fk_AY

| | |
|---|---|
| and terminating the synchronous session by at least terminating the synchronously displaying of the at least a portion of the media file at the first user computer and the second user computer. | The accused product discloses terminating the synchronous session by at least terminating the synchronously displaying of the at least a portion of the media file (e.g., projects) at the first user computer (e.g., first user computer or admin initiating sharing of projects) and the second user computer (e.g., computer device of the producer).<br><br>As shown below, the accused product discloses that after changing/removing the user roles the admin (e.g., first user) can end the synchronous displaying of the project (e.g., media file) at the respective computers of the admin (e.g., first user) and producers (e.g., second user). |

| | |
|---|---|
| | SHARE<br><br>**Admins and Producers: What's the difference?**<br><br>First things first, we need to understand the different roles users can take on with your plan. There are two roles: Admins and Producers.<br><br>**Admins** have the most control. Your Admin will be the person who originally purchased your plan. However, the original Admin can choose to assign the Admin role to anyone else on their team as well. In addition to video creation, Admins have exclusive capabilities including:<br><br>• Managing billing<br>• Adding new members<br>• Managing user roles<br>• Creating Saved Brands and Templates<br><br>**Producers** on the other hand can create, review, and share videos, and use Saved Brands and Templates.<br><br>You can always check what role you have by going to your Team Settings.<br><br>https://animoto.com/blog/video-tips/how-to-manage-your-team-in-animoto |

<table>
<tr>
<td></td>
<td>


https://www.youtube.com/watch?v=RE1A62fk_AY
</td>
</tr>
</table>

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=RE1A62fk_AY |

| | |
|---|---|
| | Animoto — Create, Features, Learn, Templates, Business, Pricing<br>SHARE<br>**How to change and remove user roles**<br>1. Navigate to your Account Settings page and click on the Team Settings tab. Here, you'll see all of your accepted and pending users and their assigned roles.<br>2. Click on the drop-down menu beside each name to change their role.<br>3. To remove them from your team, click on the three dots on the far right, then click "Remove access."<br>https://animoto.com/blog/video-tips/how-to-manage-your-team-in-animoto |